UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 0 2 2019
U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES OF AMERICA,

v.

SANDRA MAE EVANS,

Defendant.

Criminal No. 2:19cr18

Violation: 18 U.S.C. § 1341

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Mail Fraud)

1. At all relevant times, Pendleton Community Bank, Inc. d/b/a Pendleton Community Bank was a financial institution headquartered in Franklin, Pendleton County, West Virginia with a branch office in Petersburg, Grant County, West Virginia, among other locations.

2. On an exact date not known to the United States Attorney, the defendant, SANDRA MAE EVANS, and others, known and unknown to the United States Attorney, devised a scheme and artifice to obtain money from Pendleton Community Bank, through which the defendant intended to obtain at least $82,170.50 by means of false and fraudulent pretenses, representations, and promises.

3. It was part of the scheme and artifice that the defendant would cause the deposit of a fraudulent check and make withdrawals before the bank could discover that the check was fraudulent.

4.  It was part of the scheme and artifice that the defendant would misrepresent and conceal material facts regarding the nature of the check, the origin of the funds, and her intentions regarding the withdrawals.

5.  On or about July 23, 2018, in Grant County, West Virginia, in the Northern District of West Virginia, for the purpose of executing such scheme and artifice, the defendant, **SANDRA MAE EVANS**, did knowingly cause to be delivered by mail according to the direction thereon, a matter and thing, that is, the defendant caused a fraudulent check to be delivered by mail to Pendleton Community Bank.

All in violation of Title 18, United States Code, Section 1341.

_____
WILLIAM J. POWELL
United States Attorney

Jarod J. Douglas
Assistant United States Attorney